RECEIVED
IN LAKE CHARLES, LA
JAN 2 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHAMBERS MEDICAL FOUNDATION | : | DOCKET NO. 2:05 CV 786 |
| VS. | : | JUDGE MINALDI |
| CAROL PETRIE CHAMBERS | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM RULING

Presently before the court is a Report and Recommendation ("R&R") [doc. 29] by the Magistrate Judge in which he recommends that the Motion to Remand filed by Chambers Medical Foundation ("Chambers") be denied. Chambers has filed an objection to the R&R [doc. 29]. The defendant has filed a Memorandum of Law [doc. 31] in opposition to the plaintiff's appeal and objection to the R&R.[1]

Having considered the plaintiff's Motion to Strike the defendant's Opposition to the plaintiff's appeal and objection to the R&R, the Motion to Strike [doc. 33] as untimely will be granted.

The Motion to Strike [doc. 34] the defendant's Reply to the Defendant's Opposition will be granted.

Having considered the law and argument of Chambers Medical Foundation contained in their

---

[1] Chambers filed a Motion to Strike [doc. 32] (without exhibits) the defendant's Opposition to the plaintiff's appeal and objection to the R&R. The docket sheet was modified on August 18, 2005 to reflect that this motion was stricken. The Motion to Strike the defendant's Opposition was resubmitted with exhibits and was then docketed as doc. 33. On August 18, 2005, Magistrate Judge Shemwell ordered that the duplicate motion [doc. 32] be stricken. The Motion to Strike [doc. 33] remains pending before this court.

objections to the R&R, the court finds that the reasons set forth by the Magistrate Judge are correct under applicable law. Accordingly, Chambers Medical Foundation's Motion to Remand will be denied.

The defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Venue or, alternatively, Motion to Transfer by the defendant [doc. 14] will be considered by the court in a separate ruling.[2]

Lake Charles, Louisiana, this 23 day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[2] The court had granted a Motion to Continue the Motion to Dismiss on June 6, 2005 [doc. 25]. The court stated that a ruling on the Motion to Remand would be issued prior to considering the Motion to Dismiss.