RECEIVED
IN LAKE CHARLES, LA

JAN 23 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHAMBERS MEDICAL FOUNDATION** | : | DOCKET NO. 2:05 CV 786 |
| VS. | : | JUDGE MINALDI |
| **CAROL PETRIE CHAMBERS** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, having determined that the findings are correct under applicable law,

IT IS ORDERED that the plaintiff's Motion to Remand [doc. 19] IS DENIED.

IT IS FURTHER ORDERED that claims against Jason R. Chambers, Elaine Chambers, the Marshall Cherubs Trust, Dr. Rose Briglevich and the R.C. Chambers Irrevocable Trust are DISMISSED with prejudice.

IT IS ORDERED that the plaintiff's Motion to Strike [doc. 33] IS GRANTED.

IT IS FURTHER ORDERED that the defendant's Motion to Strike [doc. 36] IS GRANTED.

Lake Charles, Louisiana, this 23 day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE