RECEIVED
IN LAKE CHARLES, LA

MAR 12 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHAMBERS MEDICAL FOUNDATION | : | DOCKET NO. 05-0786 |
| VS. | : | JUDGE MINALDI |
| CAROL PETRIE CHAMBERS, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGEMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the Motion to Defer Jurisdictional Ruling Pending Discovery [doc. 102] filed by Chambers Medical Foundation is DENIED.

IT IS FURTHER ORDERED that Carol Petrie Chambers's Motion to Dismiss [doc. 14] will be placed on the Court's motion calendar.

IT IS FURTHER ORDERED that the parties are to file current memoranda on the Motion to Dismiss. Carol Petrie Chambers's memorandum in support shall be due within 10 calendar days of the signing of this order. Chambers Medical Foundation's response shall be due 15 calendar days thereafter. A reply to the response shall be filed within 10 calendar days of the filing of the response.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___9___ day of  February, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT