

RECEIVED
IN LAKE CHARLES, LA
AUG 15 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHAMBERS MEDICAL FOUNDATION | : | DOCKET NO. 05cv0786 |
| VS. | : | JUDGE MINALDI |
| CAROL PETRIE CHAMBERS, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGEMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED, that the Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or Alternatively, to Transfer [doc. 14] filed by defendant Carol Petrie Chambers is GRANTED.

IT IS FURTHER ORDERED that the above-captioned case, Civil Action No. 05-786, is hereby TRANSFERRED to the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _14_ day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT